IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| ROBERT LEWIS MURRAY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 108-164 |
| WILKES COUNTY BOARD OF COMMISSIONERS, et al., | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice for failure to prosecute, and this case is **CLOSED**.

SO ORDERED this 2nd day of September, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE